UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LUTHER MURRAY PRICE, | No. 2:17-cv-00772-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| RON BARNES, et al., | |
| Defendants. | |

Plaintiff's Motion to Amend the Judgment (ECF No. 55) is DENIED.

IT IS SO ORDERED.

Dated:  December 30, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1